RECEIVED & FILED

OCT 18  9 30 AM '11

U.S. BA...
MARY A SCH...T, CLERK

1  DAVID A. ROSENBERG
   Nevada Bar No.: 10738
2  US BANKRUPTCY TRUSTEE
   5030 Paradise Road, #B-215
3  Las Vegas, Nevada 89119
   Phone: (702) 405-7312
4  Fax: (702) 947-2244
   darosenberg@7trustee.net

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| In Re: | Case No.: BK-S-09-19946 L 3R |
|---|---|
| CERRO BENITO | Chapter 7 |
| Debtor(s) | Hearing Date : N/A<br>Hearing Time: N/A |

To:    United States Bankruptcy Court Clerk

From:  David A. Rosenberg, Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant Address | CAS 10600 | CAS 613300 |
|---|---|---|---|
| 8 | R&D Limited Partnership<br>3712 East Blue Jay Lane<br>Salt Lake City, UT 84121 | | $2,324.68 |
| | Total | $0.00 | $2,324.68 |

Date: October 12, 2011

David A. Rosenberg, Trustee

Note:  Claims that are $25.00 or less go into CAS 106000.
       Claims that are more than $25.00 go into CAS 613300.
       The amounts that are to be deposited into the registry can be written on one check.

1

RECEIPT #204771    #2324.68

Printed: 10/12/11 08:47 AM

Page: 1

# Stale Check Report

**Trustee:** David A. Rosenberg (480023)
**Case:** 09-19946 - CERRO BENITO, LLC

| Account No. 9200-02779358-66 | | Check No. | Issued | Payee | | | | | Check Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | 110 | 10/12/11 | U.S. Bankruptcy Court | | | | | $2,324.68 |
| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
| 9200-02779358-66 | 8 | 106 | 02/26/10 | 610 | R&D Limited Partnership 3712 East Blue Jay Lane Salt Lake City, UT 84121 | 104,134.08 | 104,134.08 | 2,324.68 | 2,324.68 |

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.